UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ARMTECH SALES & SERVICE, LLC<br>d/b/a NORTH STAR GUNS,<br><br>    *Petitioner*,<br><br>  *v.*<br><br>NICHOLAS O'LEARY,<br>Director of Industry Operations<br>Bureau of Alcohol Tobacco<br>Firearms and Explosives,<br><br>    *Respondent*. | Case No. 2:20-cv-00189-wks |

## STIPULATION OF DISMISSAL

  IT IS HEREBY STIPULATED AND AGREED, by and between the above-named parties, Armtech Sales & Service, LLC, and Nicholas O'Leary, in his official capacity as Director of Industry Operations, Bureau of Alcohol, Tobacco, Firearms, and Explosives, by and through their respective counsel of record in the above-captioned action, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action shall be, and hereby is, voluntarily dismissed, with prejudice, and with the parties to bear their own costs and fees.

  Dated at Burlington, in the District of Vermont, this 17th day of May, 2021.

                Respectfully submitted,

                KAPLAN AND KAPLAN

      By: *Robert J. Kaplan*
         ROBERT J. KAPLAN
         95 St. Paul Street, Suite 405
         Burlington, VT 05401
         (802) 651-0013
         rkaplan@kaplanlawvt.com
         *Attorney for Petitioner*

                JONATHAN A. OPHARDT
                Acting United States Attorney

By:   *Benjamin Weathers-Lowin*
      BENJAMIN WEATHERS-LOWIN
      Assistant United States Attorney
      United States Attorney's Office
      P.O. Box 570
      Burlington, VT   05402
      (802) 951-6725
      Ben.Weathers-Lowin@usdoj.gov
      *Attorney for Respondent*